UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINKU SHARMA (A-246-621-818),<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, Warden of the California City Detention Facility, et al.,<br>Respondent. | No. 1:26-cv-0621-DC-CSK (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF No. 14) |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 8, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 14. Respondents filed objections to the findings and recommendations, asserting that the petition should be denied because Petitioner received the relief he requested. ECF No. 15. But as the magistrate judge correctly explained in the findings and recommendations, Petitioner received that relief on a preliminary, not permanent, basis. ECF No. 14 at 3–4. Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 14) are ADOPTED;
2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED;
3. A permanent injunction is issued enjoining and restraining respondents from rearresting or re-detaining Petitioner Rinku Sharma (A-246-621-818) absent compliance with constitutional protections, including seven-days' notice and a hearing before a neutral factfinder where respondents demonstrate by clear and convincing evidence that petitioner poses a danger to the community or a flight risk. At any such hearing, petitioner shall be allowed to have his counsel present. This injunction does not address other circumstances where detention authority is established under different authority than what is presented in this case (e.g., 8 U.S.C. § 1226(c) or 8 U.S.C. § 1231); and
4. The Clerk of the Court is directed to enter judgment for petitioner and close this case.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Dena Coggins
United States District Judge